# Composite Exhibit A

Calendar                                                      Switch to the newest Yahoo Mail
Delete   Reply   Reply All   Forward   Actions   Apply   Back to Search Results

**Uber Denver: Safety Fee for Riders and Mobile Subscription Fee**                    Friday, April 18, 2014 1:18 PM

| | |
|---|---|
| **From:** | "Uber Denver" <partnersdenver@uber.com> |
| **To:** | |

Full Headers  Printable View



Dear

2014 is already off to a fast start for Uber and our partners and with all the activities coming up, this Sunday could be busier than a typical Saturday. With that in mind, we'd like to update you on some changes we're making going forward:

- Riders will begin paying a $1 Safe Rides Fee, covering background checks, insurance, and other safety initiatives. **This will not reduce your earnings.**
- Starting the week of May 5, Uber will begin assessing a $10 per week Mobile Subscription Fee to cover your iPhone data plan.

Please see below for more details.

**Safe Rides Fee**

Starting today, we'll showcase our continued commitment to safety with a dedicated $1 Safe Rides Fee, paid for by riders. For complete pricing transparency, riders will see this as a separate line item on every receipt.

This Safe Rides Fee supports our continued efforts to ensure the safest possible platform for Uber riders and drivers, including:

- **Background Checks:** The strictest process in the industry, including county, federal, and multi-state criminal checks
- **Ongoing Safety Monitoring:** Regular motor vehicle record checks.
- **Education:** Driver safety education for all Uber partner drivers.
- **Insurance:** Commercial insurance for ridesharing
- **Safety Features:** Constant development of new safety features for the Uber app.

For now, the Safe Rides Fee will be included in the fare displayed at the end of a trip, but will not appear on the weekly payment statement.

If you are a ridesharing partner, Uber will collect the $1 Safe Rides Fee from the rider, so that this price increase will not affect your earnings. A sample trip fare calculation is below.

| | Old | New (ridesharing) |
|---|---|---|
| Fare | $10.00 | $10.00 |
| Safe Rides Fee | -- | $1.00 |
| Total Rider Payment | $10.00 | $11.00 |
| Partner Earnings Description | 80% of Fare | 80% of Fare |
| **Partner Earnings** | **$8.00** | **$8.00** |

**Mobile Subscription Fee**

Starting the week of May 5, Uber will begin assessing a $10 per week Mobile Subscription Fee. You will see the first $10 deduction on your May 12th statement.

If you feel that you are not doing enough trips to cover the $10 fee, please return the device in working condition to Uber and we will refund any hardware deposit you may have provided. You can always temporarily return the phone to avoid charges during vacations and receive the phone back upon your return as long as your account is in good standing.

We recognize that the Mobile Subscription Fee is an additional cost to you, but we are working every day to grow demand and increase your earnings. We're always open to feedback from our partners; please let us know if you have any questions.

## Events This Weekend

### EASTER WEEKEND
Sunday, Apr. 20th (This will be much busier than a typical Sunday!)
   Location: All over town but especially at the Denver Mart (451 E 58th Ave)
   Times: People will be out all weekend, enjoying their days off especially Sunday.
For more info on Sunday's activities and busy times you can go here.

### Colorado Rockies vs Philadelphia Phillies
Friday, Apr. 18th
   Location: Coors Field (2001 Blake St)
   Times: 6:40 PM Start Time (expect demand to pick up around 5:45PM and 10PM)

### Colorado Rockies vs Philadelphia Phillies
Saturday, Apr. 19th
   Locations: Coors Field (2001 Blake St)
   Times: 6:10 PM Start Time (expect demand to pickup around 5PM and 9PM)

### Colorado Avalanche vs Minnesota Wild (Playoffs!)
Saturday, Apr. 19th
   Location: Pepsi Center (1000 Chopper Circle)
   Times: 7:30 PM Start Time (expect demand to pick up around 6PM and 10PM)


Thanks for reading!

Uber Denver Operations Team
partnersdenver@uber.com

---

  Unsubscribe   |   Email Preferences   |   View this email online

Uber Technologies, Inc. • 182 Howard Street, #8, San Francisco, CA 94105

**Update to Safe Rides Fee**  Monday, October 12, 2015 4:02 PM

From: "Uber" <email@et.uber.com>
To: [redacted]

# UBER

# SAFE RIDES FEE UPDATE

Hi ,

Starting tomorrow, October 13, the Safe Rides Fee will increase to $1.95 for all uberX trips in Denver.

This fee supports background checks, building safety features in our app, incident response, and other operating costs for ridesharing in your city. Our continued investments in these areas help improve the safety, reliability, and sustainability of the Uber experience for everyone.

**This change does not affect the amount you take home per trip.** As usual, you will see the the Safe Rides Fee as a separate line item on your payment statement, which will be collected by Uber along with the service fee.

Uber on!

Uber Technologies Inc.
1455 Market Street San Francisco, CA 94103

Get Help    View Online    Unsubscribe