John G. Crabtree, *pro hac vice*
jcrabtree@brabreelaw.com
Charles M. Auslander, *pro hac vice*
causlander@crabtreelaw.com
Brian Tackenberg, *pro hac vice*
btackenberg@crabteelaw.com
George R. Baise, Jr., *pro hac vice*
gbaise@crabteelaw.com
CRABTREE & AUSLANDER
240 Crandon Blvd., Suite 101
Key Biscayne, Florida 33149
Telephone: (305) 361-3770
Facsimile: (305) 437-8118

BROWNE GEORGE ROSS LLP
Andrew A. August (State Bar No. 112851)
aaugust@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorneys for Plaintiffs Chuck Congdon, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHUCK CONGDON, RYAN COWDEN, ANTHONY MARTINEZ, JASON ROSENBERG, and JORGE ZUNIGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, RASIER, LLC, a Delaware corporation, and RASIER-CA, LLC, a Delaware corporation,<br><br>Defendant. | Case No. 4:16-cv-02499-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE TO SAME DAY AND TIME AS DEFENDANTS' MOTION TO STAY SET FOR HEARING ON AUGUST 23, 2016, AT 2:00 P.M.**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:  None Set |

The parties to this action, through their respective counsel of record, jointly request a Court Order moving the Case Management Conference now set for August 29, 2016 to August 23, 2016. Good cause for granting the request exists because:

1. The Motion to Stay this action filed by Defendants Uber Technologies, Inc., Raiser LLC, and Raiser-CA, is set for hearing on August 23, 2016, at 2:00 p.m.;
2. On July 25, 2016, the Court set a Case Management Conference in this action for August 29, 2016, at 2:00 p.m.;
3. John Crabtree, lead-counsel for Plaintiffs will be traveling from Miami, Florida to California to appear on behalf of the Plaintiffs for both the Motion to Stay and the Case Management Conference.

Therefore, the parties stipulate and agree to the following:

The Case Management Conference date of August 29, 2016 is vacated and rescheduled to August 23, 2016, at 2:00 p.m., in the United States District Court Northern Division, Oakland Branch, located at 1301 Clay Street, Oakland CA, 94614, Courtroom 1, 4th Floor, Oakland, California. All other dates related to the Case Management Conference should be calculated in accordance with the new conference date of August 23, 2016.

IT IS SO STIPULATED.

Dated: August 4, 2016

BROWNE GEORGE ROSS LLP

By_____
Andrew A. August
*Attorneys for Plaintiffs Chuck Congdon, et al.*

Dated: August 4, 2016

CRABTREE & AUSLANDER

By_____
John G. Crabtree, *pro hac vice*
*Attorneys for Plaintiffs Chuck Congdon, et al.*

MORRISON & FOERSTER LLP

Dated: August 4, 2016        By    /s/ William L. Stern
                                    William L. Stern
                             *Attorneys for Uber Technologies, Inc., Raiser, LLC and Raiser-CA, LLC*

PURSUANT TO THE STIPULATION, IT IS ORDERED:

Good cause appearing, the Court orders the following: The Case Management Conference date of August 29, 2016 is vacated and rescheduled to August 23, 2016, at 2:00 p.m., in the United States District Court Northern Division, Oakland Branch, located at 1301 Clay Street, Oakland CA, 94614, Courtroom 1, 4th Floor, Oakland, California. All other dates related to the Case Management Conference should be calculated in accordance with the new conference date of August 23, 2016.

DATED: _____        _____
                          Hon. Yvonne Gonzalez-Rogers