UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHUCH CONGDON, ET AL.,**

    Plaintiffs,

    v.

**UBER TECHNOLOGIES, INC., ET AL.**,

    Defendants.

Case No. 16-cv-02499-YGR

**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

Re: Dkt. Nos. 22, 26

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward M. Chen to consider whether it is related to *O'Connor v. Uber Technologies, Inc.*, No. 13-CV-03826 and *Mohamed v. Uber Technologies, Inc.*, No. 14-CV-05200.

The Court **VACATES** the hearing currently set for defendants' Motion to Stay on August 23, 2016 and the Case Management Conference currently set for August 29, 2016. The Court **DENIES** as moot the parties' Stipulation to Move Case Management Conference. (Dkt. No. 26.)

This Order terminates Docket Number 26.

**IT IS SO ORDERED.**

Dated: August 15, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**