UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHUCH CONGDON, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UBER TECHNOLOGIES, INC., ET AL.,**<br><br>    Defendants. | Case No. 16-cv-02499-YGR<br><br>**ORDER WITHDRAWING REFERRAL TO DETERMINE WHETHER CASES ARE RELATED; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 31 |

Due to this Court's inadvertence, it failed to realize that Judge Chen previously considered, and rejected, the topic of relatedness. Accordingly, this Court's order referring consideration of the same is withdrawn.

Defendants' motion to stay (Dkt. No. 22) will be rescheduled for hearing if deemed necessary. *See* Fed. R. Civ. P. 78(b); Civil L.R. 7-1(b). The Court **SETS** a case management conference for **September 12, 2016** at **2:00 p.m.**

**IT IS SO ORDERED.**

Dated: August 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**