

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chuck Congdon et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>Uber Technologies, Inc., et al.,<br><br>Defendant(s) | Case No. C 3:16-cv-02499-YGR<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: Jul 27, 2016        Signed: *Jason Chaim Rosenberg (Jul 27, 2016)*
_____
Party

Date: Jul 23, 2016        Signed: *Mark Morrison (Jul 23, 2016)*
_____
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert rev. 6-2016