# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHUCK CONGDON, ET AL.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., ET AL.,

Defendants.

Case No. 16-cv-02499-YGR

**ORDER DENYING MOTION TO STAY**

Dkt. No. 22

On July 19, 2016, defendants filed a Motion to Stay the above-captioned action pending the Ninth Circuit's decisions in *Mohamed v. Uber Technologies, Inc. et al.*, No. 15-16178 (9th Cir., filed June 11, 2015) and *O'Connor v. Uber Technologies, Inc., et al.*, No. 15-17420 (9th Cir., filed Dec. 9, 2015). In light of the Ninth Circuit's recent opinion in *Mohamed* issued on September 7, 2016, the Court **DENIES** defendants' Motion.[1]

The parties shall file a JOINT CASE MANAGEMENT STATEMENT in advance of the Case Management Conference currently set for **Monday, September 12, 2016**, and no later than **9:00 a.m.** on that day.[2] The joint statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement," as well as the parties' perspectives on the Ninth Circuit's opinion in *Mohamed*.

This Order terminates Docket Number 22.

**IT IS SO ORDERED.**

Dated: September 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court **VACATES** the hearing currently set on this Motion for September 13, 2016.

[2] The parties are reminded that pursuant to the Court's Standing Order, a joint case management statement must be filed "seven days in advance of the initial case management conference date." Standing Order in Civil Cases ¶ 6. Failure to comply with the Local Rules or the Court's Standing Orders in the future may result in sanctions.