UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHUCK CONGDON, ET AL.,**

    Plaintiffs**,**

vs.

**UBER TECHNOLOGIES, INC., ET AL.,**

    Defendants**.**

Case No. 16-cv-02499-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Order Denying Plaintiffs' Motion Regarding Punitive Damages issued on June 13, 2018 (Dkt. No. 154), the above-captioned case shall proceed in accordance with the schedule set by the Court in its March 27, 2018 order (Dkt. No. 140). Further, given the Court's ruling regarding punitive damages, the Court **DENIES** the parties' request to delay mediation until October 2018. (Dkt. No. 147.) Accordingly, the Court hereby **RESTATES AND SETS** the following trial and pretrial dates:[1]

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 13, 2018 at 2:00 p.m. |
| REFERRED TO PRIVATE ADR FOR MEDIATION TO BE COMPLETED BY: | September 7, 2018 |
| NON-EXPERT DISCOVERY CUTOFF: | July 31, 2018 |
| EXPERT DISCOVERY CUTOFF: | July 31, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 19, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, October 26, 2018 |
| PRETRIAL CONFERENCE: | Friday, November 9, 2018 at 9:00 a.m. |
| TRIAL DATE: | Tuesday, November 27, 2018 at 8:30 a.m. |

---

[1] The Court notes that defendants have indicated that final resolution may be reached by way of stipulation. (Dkt. No. 139 at 1:21–23; 5:26–27.)

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, October 19, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Docket Number 147.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**