1
2
3

# UNITED STATES DISTRICT COURT

4

## NORTHERN DISTRICT OF CALIFORNIA

5

6 **CHUCK CONGDON, ET AL.,**

7 Plaintiffs**,**

8 vs.

9 **UBER TECHNOLOGIES, INC., ET AL.,**

10 Defendants**.**

CASE NO. 16-cv-02499-YGR

**ORDER RE: DKT. NO. 171**

11

12       The Court is in receipt of the parties' Joint Stipulation and [Proposed Order] Regarding

13 Pretrial Conference Statement and Other Deadlines.  (Dkt. No. 171.)  Therein, the parties request

14 that the Court continue the pretrial schedule until after it rules on plaintiffs' motion for attorneys'

15 fees, to the extent such motion is filed.

16       However, the Court notes that it vacated the "November 27, 2018 trial and related dates" in

17 its previous order.  (Dkt. No. 170 at ECF p. 5.)  Thus, the parties' request is **DENIED AS MOOT**.  In

18 the event any issues remain after the Court rules on any motion for attorneys' fees, the Court will

19 set a new schedule, keeping the parties' proposed dates in mind.

20       This Order terminates Docket Number 171.

21       **IT IS SO ORDERED.**

22

23 Dated: October 15, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

24
25
26
27
28