| | |
|---|---|
| 1 | WILLIAM L. STERN (SBN 96105) |
| | ZIWEI SONG (SBN 313842) |
| 2 | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| 3 | 415 Mission Street, Suite 5400 |
| | San Francisco, California 94105 |
| 4 | Telephone: 415-591-6000 |
| | Facsimile: 415-591-6091 |
| 5 | Email: WStern@cov.com |
| | Email: KSong@cov.com |
| 6 | |
| 7 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 8 | RASIER-CA, LLC, RASIER-DC, LLC, AND |
| | RASIER-PA, LLC |
| 9 | |
| | [Additional counsel listed on next page] |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CHUCK CONGDON, RYAN COWDEN, ANTHONY MARTINEZ, JASON ROSENBERG, and JORGE ZUNIGA, on behalf of themselves and all others similarly situated, | | Case No. 4:16-cv-02499-YGR |
| | | **JUDGMENT** |
| | Plaintiffs, | Judge: Yvonne Gonzalez Rogers |
| v. | | Action Filed: May 9, 2016 |
| UBER TECHNOLOGIES, INC., a Delaware corporation, RASIER, LLC, a Delaware corporation, and RASIER-CA, LLC, a Delaware corporation, | | |
| | Defendants. | |

Andrew A. August (SBN 112851)
aaugust@bgrfirm.com
Joseph P. Russoniello (SBN 44332)
jrussoniello@bgrfirm.com
BROWNE GEORGE ROSS LLP
101 California Street, Suite 1225
San Francisco, California 94111
Tel.: (415) 391-7100
Fax: (415) 391-7198

John G. Crabtree, *pro hac vice*
jcrabtree@crabtreelaw.com
Charles M. Auslander, *pro hac vice*
causlander@crabtreelaw.com
Brian C. Tackenberg, *pro hac vice*
btackenberg@crabtreelaw.com
CRABTREE & AUSLANDER
240 Crandon Blvd., Suite 101
Key Biscayne, Florida 33149
Tel.: (305) 361-3770
Fax: (305) 437-8118

Attorneys for Plaintiffs Chuck Congdon, et al.

Pursuant to the amount-of-damages stipulation between Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, and Rasier-PA, LLC (collectively, "Uber") and Plaintiffs Matthew Clark, Ryan Cowden, Dominicus Rooijackers, and Jason Rosenberg (collectively the "Opt-Out Plaintiffs") (Dkt. 167-1), judgment is hereby entered in favor of Opt-Out Plaintiffs and the certified class in the amount of $1,967,418.00, which includes simple annual interest through June 1, 2019. The Court awards attorneys' fees to class counsel in the amount of $1,251.749.00 and costs in the amount of $27,045.44.

Dated: May 31, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**